IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 0 2 2012

CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                    Criminal No. 2:11CR20041-001

MICHAEL JEFFRIES,
        Defendant.

## FINAL ORDER OF FORFEITURE

On September 21, 2011, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 17). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States: an FIE, model TEX22, .22 caliber pistol, serial number TX65727; a Tanfoglio, model E15, .22 caliber pistol, serial number 86820, and any accompanying ammunition.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On March 5, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on September 21, 2011, shall become final at this time.

IT IS SO ORDERED this 2nd day of April, 2012.

/s/ P.K. Holmes, III
HONORABLE P.K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE