IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                                     No. 2:11-CR-20041

MICHAEL JEFFRIES                                                                   DEFEDNANT

## **ORDER**

Before the Court is Defendant's Motion to Dismiss (Doc. 45) his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 39). The Motion to Vacate was stayed pending the decision of the United States Supreme Court in *Beckles v. United States*, ___ U.S. ___, 2017 W.L. 855781 (March 6, 2017). As a result of the *Beckles* decision, Defendant now seeks voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Following the *Beckles* decision, the Government filed a response to the Motion to Vacate asserting that *Beckles* precludes relief for Defendant. (Doc. 44). The Government also asserts the Motion to Vacate was not timely filed.

Rule 41(a)(2) provides for dismissal of an action "on terms that the Court considers proper" provided no counterclaim has been filed. Here, the Government has responded but has not asserted a counterclaim. Defendant seeks dismissal based on the ruling in *Beckles*, and the Court finds that dismissal is proper pursuant to Rule 41(a)(2).

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (Doc. 45) is GRANTED, and his petition is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of April, 2017.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE